MARRONE, ROBINSON, FREDERICK & FOSTER
A PROFESSIONAL CORPORATION
111 NORTH FIRST STREET, SUITE 209, BURBANK, CALIFORNIA 91502-1851
PH: (818) 841-1144/FAX: (818) 841-0746

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BRILLIANT MANAGEMENT INC. DBA EL DORADO INN, a California corporation; HSIAO PING WANG, an individual, RICHARD PEDROZA, an individual, TRICIA COELO, an individual, DOUG MAGILL, an individual, SEQUOIA INSURANCE COMPANY, and KOOKMIN BEST INSURANCE COMPANY (US BRANCH) f/k/a LEADING INSURANCE GROUP INSURANCE CO., LTD.,<br><br>　　　　　　Defendants. | CASE No.  8:17-cv-01402-CJC-(DFMx)<br><br>**ORDER FOR PROTECTIVE ORDER** |
| AND ALL CROSS-CLAIMS AND COUNTER-CLAIMS FILED HEREIN | |

# ORDER

In light of the stipulation entered into by and among KOOKMIN BEST INSURANCE COMPANY, LIMITED, U.S. BRANCH ("KBIC"), BRILLIANT MANAGEMENT INC., ("Brilliant"), HSIAO PING WANG ("Wang"), and WING HANE GROUP, INC., ("Wing Hane") by through their respective counsel of record herein, for a protective order regarding the production of information relating to the insurance, coverage, underlying case files, and similar documents relating to the Cross-Complaint filed by KBIC on the grounds that such information may depict or describe information which may be confidential, proprietary, trade secret, or otherwise violate the rights of third-parties. Said documents shall be designated as confidential and thus the production of these documents shall be restricted by the following conditions of this Protective Order.

**IT IS SO ORDERED**.

DATED: February 22, 2022

_____
Hon. Douglas F. McCormick
U.S. MAGISTRATE COURT JUDGE