| | |
|---|---|
| 1<br>2 | **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP** |
| 3 | J. Alan Frederick (SBN 61170) |
| 4 | Michelle I.U. Dutta (SBN 355114)<br>800 Wilshire Boulevard, 15th Floor |
| 5 | Los Angeles, CA  90017<br>Tel. (213) 689-8500 |
| 6 | Fax (213) 689-8501 |
| 7 | afrederick@cmlawfirm.com<br>mdutta@cmlawfirm.com |
| 8 | |
| 9 | Attorneys for Cross-Claimant<br>KOOKMIN BEST INSURANCE COMPANY, LIMITED, U.S. BRANCH |

### IN THE UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>BRILLIANT MANAGEMENT INC. DBA EL DORADO INN, a California corporation; HSIAO PING WANG, an individual, RICHARD PEDROZA, an individual, TRICIA COELO, an individual, DOUG MAGILL, an individual, SEQUOIA INSURANCE COMPANY, and KOOKMIN BEST INSURANCE COMPANY (US BRANCH) f/k/a LEADING INSURANCE GROUP INSURANCE CO., LTD.,<br><br>                    Defendants.<br><br>AND ALL CROSS-CLAIMS AND COUNTER-CLAIMS FILED HEREIN. | Case No.: 8:17-cv-01402-FLA-(DFMx)<br>District Judge: Fernando L. Aenlle-Rocha<br>Magistrate Judge: Douglas F. McCormick<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT**<br><br>**Current Deadlines**:<br>Pretrial Conference: February 7, 2025<br>Trial: February 24, 2025 |

-1-
JOINT NOTICE OF CONDITIONAL SETTLEMENT

Cross-Claimant KOOKMIN BEST INSURANCE COMPANY, LIMITED, U.S. BRANCH ("KBIC") and Cross-Defendants HSIAO PING WANG, WING HANE GROUP AND BRILLIANT MANAGEMENT, INC. (collectively, "the Parties"), have reached settlement in the above-captioned case.

The settlement is contingent upon payment of the funds within 60 days of the execution of the mutual release, which is being drafted and approved by the parties. This settlement will result in a dismissal of the entire action, specifically including dismissal of the default against Wang Chi Chung.

The Parties request that the Pre-Trial Conference and Trial dates be vacated, that the court retain jurisdiction in the event of failure of consideration and that a post-settlement conference be set for late April 2025 at the court's convenience. The parties anticipate the filing of appropriate dismissal documents before that time.

Dated: January 3, 2025  **CASTELLAN LAW GROUP, APC**

By: /s/ Edward C. Tu
Edward C. Tu
Attorneys for Defendants, Cross-Defendants Wing Hane Group dba Valencia Inn and Cross-Defendants and Cross-Claimaints Brilliant Management Inc. dba El Dorado Inn and Hsiao Ping Wang

Dated: January 3, 2025  **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP**

By: /s/ J. Alan Frederick
J. Alan Frederick
Michelle I. U. Dutta
Attorneys for Cross-Claimant Kookmin Best Insurance Company, Limited U.S. Branch

| | |
|---|---|
| 1 | **<u>ATTESTATION</u>** |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 3, 2025

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP**

By:  /s/ J. Alan Frederick
J. Alan Frederick
Michelle I. U. Dutta
Attorneys for Cross-Claimant Kookmin Best Insurance Company, Limited U.S. Branch